IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYANNA GIFFORD | : | |
| Plaintiff, | : | CIVIL ACTION No. 3:22-cv-00137 |
| | : | (Hon. Karoline Mehalchick) |
| vs. | : | |
| | : | Complaint filed 1/26/21 |
| The CITY OF SCRANTON and | : | |
| The SCRANTON POLICE | : | Filed Via ECF |
| DEPARTMENT | : | |
| Defendants. | : | |

## NOTICE OF DISCONTINUANCE

AND NOW comes the Plaintiff, BRYANNA GIFFORD, by and through her attorneys Jason J. Mattioli, Esquire and Michael J. Ossont, Esquire of the Mattioli Law Firm and Michael R. Goffer, Esquire of the Law Offices of Goffer & Cimini and discontinues this action against the Defendants.

Respectfully submitted:

THE MATTIOLI LAW FIRM

*/s/ Jason J. Mattioli*
Jason J. Mattioli, Esquire
Attorney ID #: 88766

*/s/ Michael J. Ossont*
Michael J. Ossont, Esquire
Attorney ID#: 310437

LAW OFFICES OF GOFFER AND CIMINI

*/s/ Michael R. Goffer*
Michael R. Goffer, Esquire
Attorney ID#: 53992

Date: April 17, 2023        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYANNA GIFFORD | : | |
| Plaintiff, | : | CIVIL ACTION No. 3:22-cv-00137 |
| | : | (Hon. Karoline Mehalchick) |
| vs. | : | |
| | : | Complaint filed 1/26/21 |
| The CITY OF SCRANTON and | : | |
| The SCRANTON POLICE | : | Filed Via ECF |
| DEPARTMENT | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Michael J. Ossont, Esquire of the Mattioli Law Firm, hereby certify that on April 17, 2023, I caused to be served a true and correct copy of the foregoing document titled Notice of Discontinuance to the following:

## VIA ELECTRONIC FILING

Matthew G. Boyd, Esquire
310 Penn Avenue
Scranton, PA 18503
Phone: (570) 341-8800
Fax: (570) 341-8801
mboyd@ufberglaw.com
*Counsel for Defendants*

/s/ *Michael J. Ossont*
Michael J. Ossont, Esquire
Attorney ID 310437