UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYANNA GIFFORD,<br><br>   Plaintiff,<br><br> v.<br><br>THE CITY OF SCRANTON, et al.,<br><br>   Defendants. | CIVIL ACTION NO. 3:22-CV-00137<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 18th day of April 2023, upon receipt of Plaintiff's Notice of Discontinuance (Doc. 19), **IT IS HEREBY ORDERED** that the above captioned case is hereby **DISMISSED** without prejudice. The Clerk of Court is directed to close this matter.

        BY THE COURT:

        *s/ Karoline Mehalchick*
        **KAROLINE MEHALCHICK**
        **Chief United States Magistrate Judge**